■ ROSEMARIE D'AMICO et al. v NEW CASTLE RENT A CAR CORP. et al. (And a Third-Party Action.) — Motion to dismiss appeal granted to the extent of striking appellants' notice of appeal as it relates to the judgment entered January 31, 1983, dismissing the third-party complaint, as untimely served (CPLR 5513, subd [a]). To the extent that this judgment severed and dismissed

the third-party action, it is a final judgment. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Asch, JJ.